IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARON RAE RICHARDS DAVID,<br>Plaintiff, | : <br> : <br> : | CIVIL ACTION <br><br> No. 08-5296 |
| v. | : <br> : | |
| UNITED STATES OF AMERICA,<br>Defendant. | : <br> : | |

## ORDER

AND NOW, this 24th day of April, 2009, upon consideration of Defendant United States of America to Dismiss or, Alternatively, for Summary Judgment (Docket No. 3) it is hereby ORDERED that the Motion is GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge